**No. 59096.**—Alfred H. Marzolf *v.* United States, protest 233274–K (Seattle).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

MAY 18, 1955

**No. 59097.**—SUIT 4815.—George E. Bardwil & Sons *v.* United States.——C. D. 1591 affirmed February 8, 1955. C. A. D. 583.

MAY 20, 1955

**No. 59098.**—SUIT 4795.—Naumes Forwarding Service *v.* United States.——C. D. 1545 affirmed February 8, 1955. C. A. D. 581.